# Exhibit A

Received EEOC: April 12, 2024

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [X] EEOC  [ ] FEPA

Agency(ies) Charge No(s): 440-2024-06805

Illinois Department of Human Rights — and EEOC
*State or local Agency, if any*

**Name:** Ms. Teresita Galan

**Street Address:** [redacted]  **City, State and ZIP Code:** [redacted]  **Email Address:** [redacted]

**Street Address:** c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148  **Email:** employment@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

**Name:** Amazon COM Services, LLC  **No. Employees:** 15+  **Phone:** (888) 892-7180
**Street Address:** 4300 South Brandon Road  **City:** Elwood, IL 60421-5400  **Email:** rfd3-hr@amazon.com

**DISCRIMINATION BASED ON:** [X] SEX  [X] RETALIATION  [X] OTHER (Pregnancy)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 3/19/2024  Latest: 3/28/2024

**THE PARTICULARS ARE:**

I, Teresita Galan (female), was hired at Amazon COM Services, LLC as a warehouse associate on or around October 16, 2022, until I was unlawfully terminated on or around March 28, 2024, on the basis of my sex (female) and my pregnancy.

The following is a non-exhaustive list of the sex and pregnancy discrimination and retaliation I was subjected to:

In or around January 2024, I returned from a leave related to flare-ups associated with my pregnancy. My supervisor, Gladys, had also put me on light duty.

On or about March 19, 2024, I received notice from HR that I would need to resubmit my accommodations related to my disability which entailed: no lifting more than twenty-five pounds and the ability to sit for fifteen minutes after every two hours. Afterwards, I was informed that I would not be able to attend work until the paperwork was submitted and approved. On or about March 26, 2024, I successfully entered my paperwork but saw that the status kept reading as "pending."

On or about March 28, 2024, I was informed of my termination. The job had informed me that I was responsible for "no call, no shows." In reality, I was on a forced leave and up to that point, I had successfully done as requested. I was terminated because the company had no interest in accommodating my pregnancy. IN other word, my employer failed to engage in the interactive process to determine an appropriate reasonable accommodations.

Thus, I have been discriminated against on the basis of my sex (female), my pregnancy and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, Pregnancy Discrimination Act of 1978, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** 04/12/2024  **Charging Party Signature:** /s/ Teresita Galan

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: c5ef270dadd9ffab986faa51b9392cdb095f4b72